**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 524 EAL 2016
:
            Respondent      :
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
            v.          :
:
:
MICHAEL CHESTNUT,        :
:
            Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.